Certificate Number: 03088-PAM-DE-035031336

Bankruptcy Case Number: 20-02759


03088-PAM-DE-035031336

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>October 28, 2020</u>, at <u>6:09</u> o'clock <u>PM CDT</u>, <u>Janet M Cordell</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>October 28, 2020</u>         By:     <u>/s/Brianna M Glynn</u>

                                      Name:   <u>Brianna M Glynn</u>

                                      Title:  <u>Counselor</u>