In re **Janet Marie Cordell**     Case No. **1:20-bk-02759**
Debtor(s)     Chapter **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:    **Citibank**

Address:    **Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179**

**Please be advised that effective October 30, 2020
The Creditor's new mailing address is:**

Name:    **Resurgent's AcquisitionsLLC**

Address:    **c/o Resurgent Capital Services LP
55 Beattie Place, Suite 110
Greenville, SC29601**

**/s/ Nicholas G. Platt**
**Nicholas G. Platt 327239**
Authorized Signer/Title