| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Janet Marie Cordell** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 1:20-bk-02759 | |

☒ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt            4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **14836 Sherwood Drive Greencastle, PA 17225  Franklin County** Listed value of property is $155,000 from CMA minus 10% cost of sale.<br>Line from *Schedule A/B*: **1.1** | $139,500.00 | ☒ $21,196.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2006 Chevrolet Impala 118047 miles**<br>Line from *Schedule A/B*: **3.1** | $4,025.00 | ☒ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2006 Chevrolet Impala 118047 miles**<br>Line from *Schedule A/B*: **3.1** | $4,025.00 | ☒ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Living Room: Three Couches ($250); Bookcase ($70); Four Chairs ($300); Two Tables ($50); Four Lamps ($50);**<br>Line from *Schedule A/B*: **6.1** | $720.00 | ☒ $720.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Dining Room: Table ($50); 6 Chairs ($120); China Closet ($150); Silverware ($25); China ($200); Hutch ($100); Glassware ($100)**<br>Line from *Schedule A/B*: **6.2** | $745.00 | ☒ $745.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 3

| Debtor 1 | Janet Marie Cordell | | Case number (if known) | 1:20-bk-02759 |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Two Beds ($150); Two Chairs ($40); Dresser ($50); Chest of Drawers ($20); Mirror ($10); Desk ($10); Four Lamps ($90); Computer Chair ($25)**<br>Line from Schedule A/B: **6.3** | $395.00 | ■ | $395.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Kitchen: Microwave ($25); Refrigerator ($75); Dishwasher ($150); Washing Machine ($35); Dryer ($30); Stove ($50); Dishes ($100); Cookware ($75)**<br>Line from Schedule A/B: **6.4** | $540.00 | ■ | $540.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Other Rooms: Chair ($20); Sewing Machine ($25); Two Vacuum Cleaners ($30); Iron ($5); Tools ($20); Four Suitcases ($35)**<br>Line from Schedule A/B: **6.5** | $135.00 | ■ | $135.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Two Radios ($45)Two Televisions ($150); Two VCR/DVD Players ($75); Stereo ($20); Computer ($100); Three Cameras ($150)**<br>Line from Schedule A/B: **7.1** | $540.00 | ■ | $540.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wearing Apparel**<br>Line from Schedule A/B: **11.1** | $300.00 | ■ | $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Jewelry**<br>Line from Schedule A/B: **12.1** | $200.00 | ■ | $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Cash**<br>Line from Schedule A/B: **16.1** | $26.00 | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Cash**<br>Line from Schedule A/B: **16.1** | $26.00 | ■ | $26.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Pension: Lifetime Insurance**<br>Line from Schedule A/B: **21.1** | Unknown | ■ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |
| **Home Beneficial Life Insurance Beneficiary: Todd Cordell**<br>Line from Schedule A/B: **31.1** | $3,459.20 | ■ | $3,459.20<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(8) |

| Debtor 1 | Janet Marie Cordell | | Case number (if known) | **1:20-bk-02759** |
|---|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | | **Specific laws that allow exemption** |
| **United of Omaha** **Beneficiary: Estate of Janet Cordell** Line from *Schedule A/B*: **31.2** | $1,952.00 | ■ $1,952.00 ☐ 100% of fair market value, up to any applicable statutory limit | | **11 U.S.C. § 522(d)(8)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes