Fill in this information to identify the case:

Debtor 1: Janet Marie Cordell

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Middle District of PA

Case number: 20-02759 HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no. (if known):** 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 7315

**Property address:**
14836 Sherwood Drive
Greencastle, PA 17225

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due: (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____
c. **Total.** Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Document ID: 02b2e764befe760a17d01a8e6d5f8942e89f4f74f08028f79d2060aab6b22cdc

| Debtor(s) | Janet Marie Cordell | | Case Number (if known): 20-02759 HWV |
|---|---|---|---|
| | First Name    Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Brian C. Nicholas (Atty ID: 317240)       Date    09/06/2023
Brian Nicholas
06 Sep 2023, 13:31:08, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Case 1:20-bk-02759-HWV    Doc 36    Filed 09/06/23    Entered 09/06/23 16:17:39    Desc
Document ID: 02b2e764befe760a17d01a8e6d5f8942e89f4f74f08028f79d20604ab6b22cdc
Main Document    Page 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Janet Marie Cordell**<br>Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>Movant<br>vs.<br><br>**Janet Marie Cordell**<br>Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>Trustee | **BK NO. 20-02759 HWV**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3-1** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 6, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Janet Marie Cordell
14836 Sherwood Drive
Greencastle, PA 17225

Attorney for Debtor(s) (via ECF)
Nicholas G. Platt, Mooney Law
230 York Street
Hanover, PA 17331

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: September 6, 2023

        */s/ Brian C. Nicholas*
        Brian C. Nicholas, Esquire
        Attorney I.D. 317240
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        bnicholas@kmllawgroup.com