Fill in this information to identify the case:

Debtor 1    Janet Marie Cordell

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    20-02759 HWV

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7315

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2021

**New total payment:**    $958.60
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $276.60    New escrow payment: $302.94

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

---

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*                                    Date   10/13/2021
  Signature
**Print:** Rebecca Solarz
        13 Oct 2021, 13:41:46, EDT

Title   __Attorney for Creditor__

Company   __KML Law Group, P.C.__

Address   __701__   __Market Street, Suite 5000__
          Number    Street
          Philadelphia,                    PA    19106
          City                             State ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

---

Official Form 410S1                  **Notice of Mortgage Payment Change**                  page 2

Case 1:20-bk-02759-HWV   Doc   Filed 10/14/21   Entered 10/14/21 12:27:10   Desc
Document ID: a36712928e7cde070ad74f801f317f6375d01dc34378548a9ad8d8405824e50
                          Main Document   Page 2 of 2